## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| | | |
|---|---|---|
| Case No. | CR 18-331-GW | Date: May 2, 2022 |
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Interpreter | NONE | |

| Javier Gonzalez | Terri A. Hourigan | Lindsey G. Dotson; Ruth C. Pinkel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Arman Gabaee | | ✔ | ✔ | Teny R. Geragos; Marc A. Agnifilo; Matin Emouna | ✔ | | ✔ |

**Proceedings:**   **CHANGE OF PLEA**

Hearing is held by video teleconference. Defendant's CARES Act waiver was filed on April 29, 2022 [242]. Separate order to issue.

Defendant moves to Change plea to Count Four of the Indictment.

Defendant enters a new and different plea of Guilty to Count Four of the Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for an investigation and report and continues the matter to August 22, 2022 at 8:00 a.m. for sentencing.

Parties are to submit their sentencing positions by no later than August 15, 2022.

The Court vacates the Court and/or Jury Trial date.

| | : | 40 |
|---|---|---|
| | Initials of Deputy Clerk | JG |